**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

TRISTA FRELICK,

    Plaintiff,

v.                                                Case No: 8:11-cv-2733-T-30AEP

PEDIATRIC CARE CENTER OF PASCO
P.A, URGI-KIDS OF FLORIDA.P.A and
ALICIA FERNANDEZ-GARCIA,

    Defendants.

_____

## ORDER OF DISMISSAL

Before the Court is the Plaintiff's Notice of Voluntary Dismissal of Claims Without Prejudice (Dkt. #41). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 20th day of September, 2013.

*[signature]*

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2011\11-cv-2733 dismiss 41.docx